COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| AMANDA SAMMONS HENDERSON TORRES, | § | No. 08-12-00127-CV |
| | § | Appeal from |
| Appellant, | § | 65th District Court |
| v. | § | of El Paso County, Texas |
| VIRGINIA NAJERA, | § | (TC # 2008CM4977) |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination whether it should be dismissed for want of prosecution. Finding that Appellant failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

Appellant filed her notice of appeal on April 11, 2012. She did not pay the filing fee as required by TEX.R.APP.P. 5, nor did she establish her indigence in accordance with TEX.R.APP.P. 20.1. On April 13, 2012 and May 9, 2012, the Clerk of the Court notified Appellant she had not paid the filing fee and advised that failure to pay the filing fee within twenty days would result in dismissal of the appeal pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to the Clerk's inquiries. We therefore dismiss the appeal.

July 31, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.